UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Case No. 5:22-cv-10419-JEL-JJCG |
| v. | ) |
| JOHN DOE subscriber assigned IP address 69.14.255.229, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 69.14.255.229 ("Defendant"), through Defendant's counsel, Steven Vondran, Esq..  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

1

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 27, 2022                    Respectfully submitted,

**BOROJA, BERNIER & ASSOCIATES PLLC**

/s/ *Joel A. Bernier*
**By:  JOEL A. BERNIER (P74226)**
49139 Schoenherr Rd.
Shelby Township, MI 48315
T: 586-991-7611
F: 586-991-7612
Email: Bbclawgroup@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2022, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                           /s/ *Joel A. Bernier*
                                           **By: JOEL A. BERNIER (P74226)**

## CERTIFICATE OF COMPLIANCE

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

                                           /s/ *Joel A. Bernier*
                                           **By: JOEL A. BERNIER (P74226)**